# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

CALLIE HIRSCH,

    PLAINTIFF                                                   JUDGMENT IN A CIVIL CASE

VS

MEMPHIS CITY SCHOOLS .                    CASE NO: 06-2258-V

    DEFENDANTS

DECISION BY COURT. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Granting Defendant's Motion For Summary Judgment, entered on September 22, 2008. This action is hereby dismissed with prejudice. Judgment is entered in favor of the Defendants.

APPROVED:

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

September 22, 2008                                Thomas M. Gould
Date                                                            Clerk of Court

                                                                       s/Betty Guy
                                                                     (By) Deputy Clerk